# EXHIBIT A

CSC

null / ALL
**Transmittal Number: 33894140**
**Date Processed: 04/27/2026**

# Notice of Service of Process

**Primary Contact:** Tanya Flores
Midland Credit Management, Inc.
350 Camino de La Reina
Ste 100
San Diego, CA 92108-3007

**Electronic copy provided to:** Krista Yerby

| | |
|---|---|
| **Entity:** | Midland Credit Management, Inc<br>Entity ID Number 1682419 |
| **Entity Served:** | Midland Credit Management, Inc. |
| **Title of Action:** | Abdirahim Ahmed vs. Midland Credit Management, Inc. |
| **Matter Name/ID:** | Abdirahim Ahmed vs. Midland Credit Management, Inc. (19144322) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Hennepin County District Court, MN |
| **Case/Reference No:** | 27-CO-26-4501 |
| **Jurisdiction Served:** | Minnesota |
| **Date Served on CSC:** | 04/24/2026 |
| **Answer or Appearance Due:** | 7 Days prior to 08/11/2026 |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Hennepin County District Court<br>612-348-6000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

State of Minne
4/21/2026 3:32

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CO-26-4501
Case Type: Conciliation

# Conciliation Court Summons and Notice of Zoom Hearing

**Abdirahim Ahmed vs Midland Credit Management, Inc.**

You are notified this matter is set for a remote hearing on **August 11, 2026 at 10:15 AM.**

**You should not appear at the courthouse. Read the following information very carefully.**

Failure to appear at the remote hearing may result in a default judgment entered in the appearing party's favor. The parties can access the hearing through the website link below or by using the Zoom App on a computer or smartphone, or by calling the telephone number below and connecting to the hearing through phone.

| Website or App: | Telephone Call-in: |
|---|---|
| www.zoomgov.com | 1-833-568-8864 (Toll Free) |
| Meeting ID: 161 592 7372<br>Passcode: 950909 | Meeting ID: 161 592 7372<br>Passcode: 950909 |

Further information regarding Zoom hearings can be found on the Court's website at www.mncourts.gov. If you are unable to connect to the zoom hearing, call the Court at 612-348-6000.

## IMPORTANT INFORMATION ABOUT EXHIBITS

- If this case was reopened because someone vacated the judgment order, you MUST resubmit exhibits because the case is starting over.
- **An Affidavit of Service or Certificate of Service Process document is NOT an exhibit and must be properly filed with the court.** It can be mailed, filed through the electronic filing system (eFS), or filed in person prior to the hearing date.

## PROVIDING EXHIBITS TO THE COURT

**If you have exhibits that you want the court to see,** you must upload them into the Minnesota Digital Exhibit System (MNDES) at least seven (7) days prior to your hearing date. Information about MNDES may be found at mncourts.gov/mndes or by using the QR code below.

1. Register to use the MNDES online portal via https://mncourts.gov/mndes.aspx
2. To submit your exhibits:

State of Minne
4/21/2026 3:32

a. Log into the MNDES online portal
b. Enter the case number
c. Upload your digital exhibits (audio, visual, images, and documents) by browsing or dragging and dropping exhibits using a computer, mobile phone, tablet, etc
    - Do NOT combine exhibits; each exhibit must be uploaded individually and separately
    - Do NOT combine exhibit files in a zipped file and upload as one exhibit
    - Do NOT zip or compress an exhibit file prior to upload, upload the exhibit file in its original format
d. Update the exhibit name so that it briefly describes the content and is easily identifiable
e. Do NOT include the exhibit number

**PROVIDING EXHIBITS TO OPPOSING PARTIES**

- **The same exhibits that you provide to the court must be sent to the opposing parties at least seven (7) days prior to your hearing date.**
- If there is a court order prohibiting you from contacting the other party(ies) in the case such as an Order for Protection, Harassment Restraining Order, or Domestic Abuse No Contact Order, contact the court for further information at 612-348-6000.

**OTHER INFORMATION**

- You must tell the Court if your address, email, or phone number changes.
- If the defendant does not appear at the hearing, the plaintiff may win this case by default, which means the plaintiff could be awarded a money judgment against the defendant. The judgment could include the amount the plaintiff requested in the Statement of Claim as well as other fees and costs.
- If the plaintiff does not appear at the hearing, this case may be dismissed. If the defendant has filed a counterclaim, then a default judgment could be entered against the plaintiff.
- The Defendant may bring a counterclaim against the Plaintiff. A counterclaim must be filed at least seven days before the Conciliation Court Hearing.

Dated: April 21, 2026

Court Administrator
Hennepin County District Court
300 South Sixth Street, C-3
Minneapolis MN 55487-0332
612-348-6000

**State of Minnesota** **Conciliation Court**

| | |
|---|---|
| County of: Hennepin | Judicial District: 4th District<br>Court File Number: ______<br>Case Type: Conciliation |

# PLAINTIFF'S STATEMENT OF CLAIM

| Plaintiff #1 | Plaintiff #2 |
|---|---|
| Name: Abdirahim Ahmed | Name: |
| Address: 2520 Silver Ln NE Apt 103 | Address: |
| | |
| City/State/Zip Minneapolis, MN 55421-3419 | City/State/Zip: |

| Defendant #1 | Defendant #2 |
|---|---|
| Name: Midland Credit Management, Inc. | Name: |
| Address: 350 Camino De La Reina 100 | Address: |
| | |
| City/State/Zip: San Diego, CA 92108 | City/State/Zip |

☐ Check box if there are more than two plaintiffs or more than two defendants. List the information for the other parties on the *Additional Litigants Form*, CCT702.

**Information about the Defendant**

1. How many defendants are there? 1

a. Defendant # 1

Name: Midland Credit Management, Inc.

☐ Individual (Person) ☒ Business

*If Defendant # 1 is an individual:*

i. I believe Defendant #1 is at least 18 years old.

Date of birth: ______ / ☒ Unknown.

ii. About military service:

☐ Defendant #1 is in the military service

☐ Defendant #1 is not in the military service

☐ Unknown.

b. Defendant # 2

Name: ______

☐ Individual (Person) ☐ Business

*If Defendant # 2 is an individual:*

i. I believe Defendant #2 is at least 18 years old.

Date of birth: ____________ / ☐ Unknown.

ii. About military service:

☐ Defendant # 2 is in the military service

☐ Defendant # 2 is not in the military service

☐ Unknown.

If there are more than 2 defendants, use the *Additional Litigants Form (CCT702).*

**Information about the Claim**

2. I am filing this claim against Defendant for: (*check all that apply)*

***Money***

☐ The Defendant owes me $ 20,000.00, plus filing fees and costs in the amount of $ __________, so my total claim is for $ 20,000.00 (amount Defendant owes plus filing fees and costs). I have a claim for this amount because in 4-2026 (month and year), the following happened (briefly describe):

Defendant reported and verified inaccurate debt information after I submitted a timely written dispute and validation request. Defendant failed to provide validation before continuing collection activity and reporting the account across all three credit bureaus, and refused to correct errors after disputes. This caused damage to my credit and financial standing. The claim amount reflects damages from inaccurate credit reporting, failure to validate the debt, and continued reporting after disputes. This includes harm to my credit, denial of financial opportunities, and emotional distress caused by ongoing violations.

I also seek filing and service costs of $594.00 and pre-judgment interest of $471.23. Incident occurred at: 2520 Silver Ln NE, Apt 103, Minneapolis, MN 55421-3419 on 1/17/2026. Def. Reg. Agent: Corporation Service Company: 2780 Snelling Avenue N Suite 101, Roseville, MN 55113.

***Property***

☐ The Defendant has the following property that belongs to me (list property):

My property is valued at $ __________. The filing fees and costs for this case are

State of Minne
4/21/2026 9:49

$ ______________ . I want the court to order this property returned to me or make the Defendant pay me $ ____________ (property's value plus the filing fees and costs).

3. I understand that if I do not come to court on my hearing date, my case may be dismissed and I may have to pay money to the Defendant on any counterclaim that has been filed.

**Important!** Each plaintiff must sign the *Statement of Claim* form and include the date signed, the name of the state and county where signed, and provide the following information: title, if any, telephone number, date of birth, and e-mail address.

I declare under penalty of perjury that everything that I have stated in this document is true and correct. Minn. Stat. § 358.116.

| Plaintiff #1 | Plaintiff #2 |
| --- | --- |
| [signature] Signature (Plaintiff #1) | Signature (Plaintiff #2) OR ☑ There is only 1 plaintiff |
| DATE: 4/9/2026 | DATE: |
| Hennepin County, MN<br>County and State where signed | County and State where signed |
| Abdirahim Ahmed<br>Name | Name |
| Title, if any | Title, if any |
| (614) 592-2188<br>Telephone | Telephone |
| 01/01/01<br>Date of birth | Date of birth |
| abdirahimyare84@gmail.com<br>Email Address | Email Address |

NOTE: If there are more than 2 plaintiffs, all of the other plaintiffs must sign the *Statement of Claim* form and include the information listed above.

MINNESOTA JUDICIAL BRANCH
FOURTH JUDICIAL DISTRICT • HENNEPIN COUNTY

**Hennepin County Conciliation Court**
300 S. 6th Street, C3
Minneapolis, MN 55487
612-348-6000 phone

**READ CAREFULLY – THIS IS VERY IMPORTANT**

**If you do not follow these instructions, your case might be dismissed and you might have to file a new claim and pay another filing fee.**

**ENCLOSED PLEASE FIND:**

1. Copies of the Statement of Claim and the Conciliation Court Summons and Notice of Zoom Hearing for you and each defendant in the case that you must serve
2. Service information and instructions and blank Affidavit of Service form

**YOU MUST:**

1. Make sure the Statement of Claim AND the Conciliation Court Summons and Notice of Zoom Hearing is served upon EACH defendant within 60 days of the issuance of the Summons and at least 17 days prior to the hearing date. This is called service.
2. File the Conciliation Court Affidavit of Service within 60 days of the date listed on the 2nd page of the Conciliation Court Summons and Notice of Zoom Hearing, or prior to the hearing date, whichever is sooner. The person who mails the documents to the defendant or who personally hands the documents to the defendant must complete the Conciliation Court Affidavit of Service form for each defendant they served. If you use a process server or sheriff's department civil process server, you may file their Certificate of Service instead of the enclosed Conciliation Court Affidavit of Service.

   SERVICE OPTION 1: Certified Mail - This option CANNOT be used if the defendant is a Minnesota corporation with no known address or if the defendant's address is out of state (unless it is an out of state business with a Minnesota service agent located in Hennepin County). The basic certified mail service is all that is required. You do not need return receipt or have them sign for the documents.

   SERVICE OPTION 2: Personal Service - This option is MANDATORY if the defendant is a Minnesota corporation with no known address or if the defendant's address is out of state (unless it is an out of state business with a Minnesota service agent located in Hennepin County). The sheriff or any other person who is at least 18 years of age and is not connected to the case must personally hand each defendant the documents listed above.

   ***SPECIAL NOTES:*** Sometimes businesses and corporations do not directly accept court documents regarding lawsuits and require service agents to process legal documents for them. The authorized person or company that is responsible for accepting court documents on behalf of a company is called a service agent. They may be located at a different address and/or have a different name than the company you are suing. One resource to locate service agents for companies and corporations is the Minnesota Secretary of State's Office. The "registered office address" is the service agent address. To find out if a service agent exists, you can search business filings online at https://mblsportal.sos.state.mn.us/Business/Search or call the Secretary of State's Office at 651-296-2803.

   There may be other service requirements if the claim involves an auto accident, seized property, or out of state financial institutions or corporations without a Minnesota service agent.

**See Instructions (CCT100) for help in filling out this form.**

**State of Minnesota** | **Conciliation Court**

County of:_______________________ Court File Number:_______________________

Judicial District:_______________________ Case Type: Conciliation_______________________

_______________________

_______________________

Plaintiff

VS

_______________________

_______________________

Defendant

☐ Check the box if there are more than two plaintiffs or more than two defendants. List the names and information for the other parties on the Additional Litigants Form (CCT702).

## Conciliation Court Affidavit of Service (CCT103)

My name is _______________________________________________

I am at least 18 years old. I served documents regarding this Conciliation Court case as follows:

### Documents Served on Other Party

I served the following document(s): *Check all that apply.*

- ☐ Summons: Conciliation Court (**NOTE:** the *Summons* must be served on Defendant by **Certified Mail** or personal service)
- ☐ Plaintiff's Statement of Claim (**NOTE:** the *Statement of Claim* must be served on Defendant by **Certified Mail** or personal service)
- ☐ Motion to Vacate Judgment *and* Supporting Affidavit
- ☐ Demand for Removal/Limited Removal
- ☐ Other document (specify): _______________________________________________

### Details of Service

I served the documents checked above on the following party:

Name: _______________________________________________

**OR** ☐ I served this party's attorney instead of the party.

➔ Check the box showing the type of service used (certified, first-class, or personal service), and fill in the date and location of service.

I served the other party by:

☐ **Certified Mail, postage prepaid** – I mailed the documents on ________(date), from ________________________________________________(city, state).

☐ **Regular First-Class Mail** – I mailed the documents on ________(date), from ________________________________________________(city, state).

☐ **Personal Service** (hand-delivered) – I hand-delivered the documents to the other party on: ________(date) at the following location:

Address: ________________________________________________

City/State/Zip:________________________________________________

**NOTE:** The *Summons* and *Statement of Claim* cannot be served on Defendant by regular first-class mail.

## Service Not Completed (Party Not Found)

☐ After a careful search, I was not able to find the following party (or any residence or business address for this party):________________________________________________

I could not find a way to serve this party.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116

Date: ________________________

County and state where signed:

________________________

Signature: ________________________________________________

Name: ________________________________________________

Address: ________________________________________________

City/State/Zip: ________________________________________________

Phone: ________________________________________________

Email:________________________________________________