**UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF MINNESOTA**

ABDIRAHIM AHMED,

Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

Defendant.

Civil Action No. 0:26-cv-02751-ECT-SGE

**STIPULATION OF DISMISSAL**

RECEIVED
JUL 30 2026
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Abdirahim Ahmed ("Plaintiff") and Defendant Midland Credit Management, Inc. ("MCM"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all of Plaintiff's claims against MCM are hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorney fees.

IT IS FURTHER STIPULATED AND AGREED THAT, without further notice, motion or hearing, an Order of Dismissal, with prejudice, may be issued by the Court.

DATED: July 30, 2026

Respectfully submitted,

/s/ Abdirahim Ahmed

Abdirahim Ahmed
2520 Silver Ln NE, Apt. 103
Minneapolis, MN 55421-3419
Phone: (614) 592-2188
abdirahimyare84@gmail.com
***Plaintiff Pro Se***

SCANNED
JUL 30 2026
U.S. DISTRICT COURT MPLS

**BASSFORD REMELE**
***A Professional Association***

By _/s/ Patrick D. Newman_
Patrick D. Newman (# 395864)
100 South Fifth Street, Suite 1500
Minneapolis, Minnesota 55402-3707
Phone: (612) 333-3000
Fax: (612) 333-8829
Email: pnewman@bassford.com

***Attorneys for Defendant***
***Midland Credit Management, Inc.***